**Michael Craig CLARK, Plaintiff–Appellant,**

v.

**PERQUIMANS COUNTY; Eric Tilley, Sheriff, Defendants–Appellees.**

No. 02–2382.

United States Court of Appeals, Fourth Circuit.

Submitted March 4, 2003.

Decided March 17, 2003.

Michael Craig Clark, Appellant Pro Se. Mark Allen Davis, Womble, Carlyle, San-

dridge & Rice, Raleigh, North Carolina; John V. Matthews, Jr., Hertford, North Carolina, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Craig Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Clark v. Perquimans County*, No. CA-02-40-2-B0(1) (E.D.N.C. Nov. 12, 2002). We deny Clark's motion for a temporary restraining order.. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*